# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HAKIM MALIK WILLIAMS
ADC #92994                                                                                           PLAINTIFF

V.                                                  4:09CV00060 JTR

KELLY PAXSON, Captain,
Pulaski County Jail, et al.                                                                       DEFENDANTS

## ORDER OF PARTIAL DISMISSAL[1]

Plaintiff commenced this *pro se* § 1983 action on January 27, 2009. *See* docket entry #2. On June 17, 2009, the Court entered an Order giving Plaintiff sixty days to provide a valid service address for Defendant Bobby Green. *See* docket entry #50. Similarly, on July 1, 1009, the Court entered an Order giving Plaintiff sixty days to provide a valid service address for Defendant Emmanuel McKeever. *See* docket entry #55. In both Orders, the Court advised Plaintiff that Defendants Green and McKeever would be dismissed, without prejudice, if he failed to timely provide the requested service information. *See* Fed. R. Civ. P. 4(m) (providing that a Court may dismiss a defendant, *sua sponte,* if he or she is not served within 120 days of filing the Complaint).

As of the date of this Order of Partial Dismissal, Plaintiff has failed to provide the Court with the requested service information, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1.       Pursuant to Fed. R. Civ. P. 4(m), Defendants Green and McKeever are DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

---

[1] On May 21, 2009, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #41.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order of Partial Dismissal would not be taken in good faith.

Dated this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE